

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NO. 1:99-CR-70-TH-1 |
| AZZEDINE FAIDY | § § § | |

## ORDER DENYING PRO SE MOTIONS FOR RELIEF

Before the Court are several *pro se* motions [Clerk's Docket Nos. 78, 79, & 110] filed by defendant Azzedine Faidy. Having considered the motions, the Court is of the opinion that they should be denied.

Following a 2000 trial before the late Judge Howell Cobb, Mr. Faidy was convicted [Clerk's Docket No. 51] of illegal re-entry after previously being deported. Judge Cobb sentenced [Clerk's Docket No. 47] him to 125 months imprisonment. Mr. Faidy twice appealed the conviction to the Fifth Circuit, and the district court was affirmed [Clerk's Docket Nos. 62, 71]. Several years later Mr. Faidy filed these motions seeking procedurally barred relief.

**IT IS THEREFORE ORDERED** that the *pro se* motions [Clerk's Docket Nos. 78, 79, & 110] filed by Mr. Faidy are in all things **DENIED**.

**IT IS THEREFORE ORDERED** that the deputy clerk is **DIRECTED** to terminate the recommendation [Clerk's Docket No. 98] because it was adopted by memorandum order [Clerk's Docket No. 99] entered on November 19, 2010.

**SO ORDERED.**

**SIGNED** this the 18 day of June, 2020.

Thad Heartfield
United States District Judge